**Order entered July 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00566-CR

**EDDIE RAYE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-39275-V**

## ORDER

Appellant has filed a July 12, 2016 motion for an extension of time to file the reporter's record. The motion requests an extension until September 6, 2016 on the ground that the court reporter calendared the due date assuming that a motion for new trial had been filed. The district clerk has confirmed that a motion for new trial was filed on July 12, 2016, and the Clerk of the Court has set September 6, 2016 as the due date for the reporter's record.

Accordingly, we **DENY AS MOOT** appellant's motion for an extension.

/s/    ADA BROWN
       JUSTICE